AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-01161-KM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Defendant, A.E.D.S., LLC
was received by me on *(date)*                                        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  CERTIFIED MAIL - RETURN RECEIPT REQUESTED ON JULY 12, 2021 PURSUANT TO
THE ATTACHED USPS CONFIRMATION RECEIPT


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:    07/13/2021                        /s/ Howard A. Rothenberg
                                            *Server's signature*

                                    HOWARD A. ROTHENBERG, ESQUIRE
                                    *Printed name and title*

                                    ROTHENBERG & CAMPBELL
                                    345 WYOMING AVENUE, SUITE 210
                                    SCRANTON, PENNSYLVANIA 18503
                                    *Server's address*


Additional information regarding attempted service, etc:

**FAQs**

## Track Another Package +

Remove

**Tracking Number:** 70172620000001333184

Your item was delivered to an individual at the address at 12:21 pm on July 12, 2021 in HARTFORD, CT 06120.

# Delivered, Left with Individual

July 12, 2021 at 12:21 pm
HARTFORD, CT 06120