AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-CV-01161-KM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  HARBOR FREIGHT TOOLS USA, INC.
was received by me on *(date)*  06/30/2021  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED PURSUAN TO THE ATTACHED U.S. POSTAL SERVICE RECEIPT.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  07/21/2021

*S/ Howard A Rothenberg*
*Server's signature*

HOWARD A. ROTHENBERG, ESQUIRE
*Printed name and title*

ROTHENBERG & CAMPBELL
345 WYOMING AVENUE, SUITE 210
SCRANTON, PENNSYLVANIA 18503
*Server's address*

Additional information regarding attempted service, etc:

**Tracking Number:** 70172620000001333214

Your item was picked up at a postal facility at 10:45 am on July 20, 2021 in CAMARILLO, CA 93010.

# Delivered, Individual Picked Up at Postal Facility

July 20, 2021 at 10:45 am
CAMARILLO, CA 93010

**Get Updates**

---

### Text & Email Updates

---

### Tracking History

**July 20, 2021, 10:45 am**
Delivered, Individual Picked Up at Postal Facility
CAMARILLO, CA 93010
Your item was picked up at a postal facility at 10:45 am on July 20, 2021 in CAMARILLO, CA 93010.

**July 20, 2021, 9:03 am**
Available for Pickup
CAMARILLO, CA 93010

**July 19, 2021**
In Transit to Next Facility

**July 16, 2021, 11:47 pm**
Departed USPS Regional Facility
LEHIGH VALLEY PA DISTRIBUTION CENTER

**July 16, 2021, 9:23 pm**
Arrived at USPS Regional Facility
LEHIGH VALLEY PA DISTRIBUTION CENTER

---