## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES COLD STORAGE, LLC, | CIVIL ACTION NO.: |
| Plaintiff, | 3:21-CV-01161-KM |
| v. | JURY TRIAL DEMANDED |
| HARBOR FREIGHT TOOLS USA, INC. and A.E.D.S. LLC, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by sending same via e-filing on the date set forth below.

**FOWLER HIRTZEL MCNULTY & SPAULDING, LLP**

**By:** _____

Dated: August 25, 2021

JOSEPH R. FOWLER, ESQUIRE
PA ID #: 55661
Fowler, Hirtzel, McNulty & Spaulding, LLP
1717 Arch Street., Suite 1310
Philadelphia, PA 19103
P: 215-789-4848
F: 215-613-4994
E: jfowler@fhmslaw.com
Attorneys for Defendant, A.E.D.S. LLC

{W1286154.1}