**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES COLD STORAGE, LLC, | CIVIL ACTION NO.: |
| Plaintiff, | 3:21-CV-01161-KM |
| v. | JURY TRIAL DEMANDED |
| HARBOR FREIGHT TOOLS USA, INC. and A.E.D.S. LLC, | |
| Defendants. | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant, A.E.D.S., LLC's Motion for Enlargement of Time to Respond to Plaintiff's Complaint, and any response thereto, it is hereby ORDERED and DECREED that Defendant's Motion is Granted and Defendant, A.E.D.S, LLC shall respond to Plaintiff's Complaint within twenty (20) days from the date of entry of this Order

**AND IT IS SO ORDERED**

_____

{W1286553.1}