IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES COLD STORAGE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC. and A.E.D.S. LLC,<br><br>  Defendants. | CIVIL ACTION NO.:<br><br>3:21-CV-01161-KM<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Joseph R. Fowler, Esquire, hereby certify that on this 25th day of August 2021, a true and correct copy of the forging Motion for Enlargement of Time to Respond to Plaintiff's Complaint was served via ECF, upon the following parties:

Howard A. Rothenberg
Herlands Rothenberg & Levine
345 Wyoming Avenue, Suite 210
Scranton, PA 18503

**FOWLER HIRTZEL MCNULTY & SPAULDING, LLP**

By: *[signature]*

Dated: August 25, 2021

JOSEPH R. FOWLER, ESQUIRE
PA ID #: 55661
Fowler, Hirtzel, McNulty & Spaulding, LLP
1717 Arch Street., Suite 1310
Philadelphia, PA 19103
P: 215-789-4848
F: 215-613-4994
E: jfowler@fhmslaw.com
Attorneys for Defendant, A.E.D.S. LLC

{W1286553.1}