IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES COLD STORAGE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC. and A.E.D.S. LLC,<br><br>  Defendants. | CIVIL ACTION NO.:<br><br>3:21-CV-01161-KM<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _26th_ day of _August_, 2021, upon consideration of Defendant, A.E.D.S., LLC's Motion for Enlargement of Time to Respond to Plaintiff's Complaint, and any response thereto, it is hereby ORDERED and DECREED that Defendant's Motion is Granted and Defendant, A.E.D.S, LLC shall respond to Plaintiff's Complaint within twenty (20) days from the date of entry of this Order

**AND IT IS SO ORDERED**

_Karoline Mehalchick_
_____

{W1286553.1}