## CERTIFICATE OF SERVICE

I, Joseph R. Fowler, Esquire, attorney for Defendant, A.E.D.S., LLC, certify that a true and correct copy of the foregoing Answer with Affirmative Defenses will be served pursuant to Fed. R. Civ. P. 5(b) via electronic filing and email on September 14, 2021 to the following:

BY:  /S/   Joseph R. Fowler<br>
JOSEPH R. FOWLER, ESQ.<br>
*Attorneys for Defendant, A.E.D.S., LLC*