Howard A. Rothenberg, Esquire
Rothenberg & Campbell
345 Wyoming Avenue, Suite 210
Scranton, Pennsylvania 18503
Attorney I.D. 38804
Phone: (570) 207-2889
Fax: (570) 207-3991
Email: hrlaw01@gmail.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PA

| | |
|---|---|
| UNITED STATES COLD STORAGE LLC, | : |
| Plaintiff | : CIVIL ACTION - LAW |
| vs. | : JURY TRIAL DEMANDED |
| HARBOR FREIGHT TOOLS USA, INC. and A.E.D.S. LLC., | : |
| Defendants | : 3:21-cv-01161-KM |

## CERTIFICATE OF CONCURRENCE

I, Howard A. Rothenberg, Esquire, hereby certify that I have contacted the undersigned counsel of record and they concur in the foregoing Motion to Consolidate these matters under Docket No. 3:21-cv-01212-JFS and to proceed consolidated for purposes of discovery and trial under the jurisdiction of the Honorable Magistrate Joseph Saporito:

Joseph Fowler, Esq.
Fowler Hirtzel McNulty & Spaulding
Three Logan Square
1717 Arch St, Suite 1310
Philadelphia, PA 19103
jfowler@fhmslaw.com
**Attorney for AEDS**

Martin C. Sener, Esq. (not admitted in PA)
28 Liberty St. 39th Floor
New York, NY 10004
MSENER@clausen.com
**Attorney for Plaintiff**

Steven W. Zoffer, Esq.
Paul A. Roman, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, Pa 15222
proman@dmclaw.com
szoffer@dmclaw.com

By: _____
Howard A. Rothenberg, Esq.