IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PA

| | |
|---|---|
| UNITED STATES COLD STORAGE LLC, | : |
|           Plaintiff | : CIVIL ACTION - LAW |
| vs. | : JURY TRIAL DEMANDED |
| HARBOR FREIGHT TOOLS USA, INC. and A.E.D.S. LLC., | : |
|           Defendants | : 3:21-cv-01161-KM |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PA

| | |
|---|---|
| AIG EUROPE S.A., a/s/o UNILEVER UNITED STATES INC., and Conopco, Inc. d/b/a Unilever, UNILEVER UNITED STATES, INC., and CONOPCO, INC., | : |
|           Plaintiffs | : 3:21-cv-01212-JFS |
| vs. | |
| C&S WHOLESALE GROCERS, INC., and A.E.D.S., LLC., | : |
| | : CIVIL ACTION - LAW |
| | : JURY TRIAL DEMANDED |
|           Defendants | : |

**ORDER**

AND NOW, this ___ day of _____, 2021 upon consideration of the Motion of United States Cold Storage, LLC to consolidate these matters for purposes of discovery

-2-

and trial and the Court having noted that both cases stem from the same incident., i.e., a fire that occurred at the U.S. Cold Storage facility on July 9, 2019 at or near a generator which was affixed to a diesel truck and all counsel having concurred in the foregoing Motion:

The Court hereby grants the Motion to Consolidate and hereby orders that these two matters shall proceed forward for purposes of discovery and trial as consolidated matters with all future filings to be filed under Docket No. 3:21-cv-01212-JFS and the consolidated matters to proceed forward under the consolidated jurisdiction of the Honorable Magistrate Joseph Saporito.

BY THE COURT:

_____J.