Howard A. Rothenberg, Esquire
Rothenberg & Campbell
345 Wyoming Avenue, Suite 210
Scranton, Pennsylvania 18503
Attorney I.D. 38804
Phone: (570) 207-2889
Fax: (570) 207-3991
Email: hrlaw01@gmail.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PA

|  |  |  |
|---|---|---|
| UNITED STATES COLD STORAGE LLC, | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| vs. | : | JURY TRIAL DEMANDED |
| HARBOR FREIGHT TOOLS USA, INC. | : | |
| and A.E.D.S. LLC., | | |
| Defendants | : | 3:21-cv-01161-KM |

---

## CERTIFICATE OF SERVICE

I, Howard Rothenberg, Esquire, hereby certify that on the 26th day of October, 2021, I electronically filed a true and correct copy of foregoing Motion to Consolidate using the Court's CM/ECF system which will send notifications of such filings to the following counsel of record:

Joseph  Fowler, Esq.
Fowler Hirtzel McNulty & Spaulding
Three Logan Square
1717 Arch St, Suite 1310
Philadelphia, PA 19103
jfowler@fhmslaw.com
**Attorney for AEDS**

Martin C. Sener, Esq. (not admitted in PA)
28 Liberty St. 39th Floor
New York, NY 10004
MSENER@clausen.com
**Attorney for Plaintiff**

Steven W. Zoffer, Esq.
Paul A. Roman, Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, Pa 15222
proman@dmclaw.com
szoffer@dmclaw.com

By: _____
Howard A. Rothenberg, Esq.