IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT     :

## PETITION

    I Martin C. Sener, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Martin C. Sener
Clausen Miller
10 S. LaSalle Street
Chicago, IL 60603

Office Telephone:    (312) 606-7815

    The following Courts admitted me to practice on the dates shown below and I am currently a member in good standing of all those Courts:

| Court | Date |
|---|---|
| Illinois State Supreme Court (including all Illinois Courts) | November, 1984 |
| United States District Court for the Northern District of Illinois | December, 1984 |
| United States District Court for Northern District of California | February, 1991 |
| United States Supreme Court | December, 2004 |

My Illinois State Bar Member No.: 6188589
ARDC No.: 2508575

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____    Date: _____

7795433.1

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

**None.**

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

**None.**

I do ___, do not **X**, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: **N/A.**

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

**X**___, Special Admission (specify by a check which rule) under:

LR 83.8.2.1 **X**, _LR 83.8.2.2 _____, LR 83.8.2.3 _____, or LR 83.8.2.4

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

NAME THE PARTY YOU REPRESENT: <u>United States Cold Storage, LLC</u>

7795433.1

If special admission is requested for a particular case, please list case number and caption:

Case #   3:21-cv-01161-KM

Caption: United States Cold Storage, LLC v. Harbor Freight Tools USA, Inc. and AEDS, Inc.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

_____
_____

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

／s／ Martin C. Sener
Martin C. Sener
Illinois State Bar ID: 6188589
Illinois ARDC# 2508575

October 27, 2021

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER:  Martin C. Sener

7795433.1