SPONSOR'S CERTIFICATE:

I, Howard Rothenberg, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month)(day) 11/23 (year) 1983. I have known the above petitioner for six months. To my knowledge, the petitioner's moral character is as follows:

Petitioner is of high moral character.

To my knowledge, the petitioner's educational background and experience are as follows:  Petitioner has practiced in courts throughout the United States and abroad for the last 35 years and has tried many cases to verdict. He is a member of the trial bar of the U.S. District Court for the Northern District of Illinois.

I sponsor and recommend Martin C. Sener for admission as a qualified attorney to practice before this court.

Howard A. Rothenberg, Esq.
**Rothenberg & Campbell**
345 Wyoming Avenue, Suite 210
Scranton, Pennsylvania 18503
P: 570.207.2889
F: 570.207.3991
E: HRLaw01@gmail.com

Attorney Bar I.D. Code No. 35804

7795433.1