IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :     3:21cv1161
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I Martin C. Sener, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Martin C. Sener
                        Clausen Miller
                        10 S. LaSalle Street
                        Chicago, IL 60603

Office Telephone:       (312) 606-7815

The following Courts admitted me to practice on the dates shown below and I am currently a member in good standing of all those Courts:

| Court | Date |
|---|---|
| Illinois State Supreme Court (including all Illinois Courts) | November, 1984 |
| United States District Court for the Northern District of Illinois | December, 1984 |
| United States District Court for Northern District of California | February, 1991 |
| United States Supreme Court | December, 2004 |

My Illinois State Bar Member No.: 6188589
ARDC No.: 2508575

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

_X_ SPECIAL ADMISSION:

GRANTED BY THE COURT _Km M_____     Date: _11-1-21_

---

7795433.1