UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES COLD STORAGE, LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>HARBOR FREIGHT TOOLS USA, INC., et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:21-CV-1161<br><br>(MEHALCHICK, M.J.) |
| AIG EUROPE S.A., et al<br><br>　　　　Plaintiff<br><br>　v.<br><br>C&S WHOLESALE GROCERS, INC., et al.<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:21-CV-1212<br><br>(MARIANI, J.) |

**ORDER**

**AND NOW,** this 2nd day of November, 2021, **IT IS HEREBY ORDERED** that the plaintiff's motion to consolidate (Doc. 10) is **GRANTED.**

　　　　　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**